1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

9

10

11

12

13

14

15

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>WALMART INC., a foreign for-profit corporation; and DOES 1-20,<br><br>          Defendants. | Case No. 2:23-cv-01793-BJR<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND UPCOMING CASE DEADLINES** |

16

17

18

19

20

21

        Plaintiff Shannon Spencer and Defendant Walmart Inc. have filed their Joint Stipulated Motion to Extend Upcoming Case Deadlines.

        IT IS HEREBY ORDERED that the upcoming case deadlines, including the deadline for Plaintiff to file his Motion for Class Certification, the deadline for Defendant to file its Response to the Motion for Class Certification, and the deadline for Plaintiff to file his Reply in Support of the Motion for Class Certification be reset as follows:

22

23

24

25

26

ORDER GRANTING JOINT STIPULATED
MOTION TO EXTEND UPCOMING CASE
DEADLINES - 1
Case No. 2:23-cv-01793-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| Event | Original Deadline | Extended Deadline |
|-------|-------------------|-------------------|
| Deadline to Complete Discovery related to Class Certification | 5/7/2024 | 8/15/2024 |
| Deadline for Plaintiffs to File Motion for Class Certification | 6/7/2024 | 09/5/2024 |
| Defendant's Response to the Motion for Class Certification | 7/12/2024 | 10/10/2024 |
| Plaintiff's Reply in Support of the Motion for Class Certification | 7/26/2024 | 10/24/2024 |

DATED: <u>May 30</u>, 2024.

*Barbara J Rothstein*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATED
MOTION TO EXTEND UPCOMING CASE
DEADLINES - 2
Case No. 2:23-cv-01793-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1   Presented By:

2   OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
3
    By: /s/ Adam T. Pankratz
4        Adam T. Pankratz WSBA #50951
         1201 Third Avenue, Suite 5150
5        Seattle, WA  98101
         Telephone:  (206) 693-7057
6        Facsimile:  (206) 693-7058
         Email:  adam.pankratz@ogletree.com
7
8   OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
9
    By: /s/ Mathew A. Parker
10       Mathew A. Parker, OSBA #0093231
         (appearing *pro hac vice*)
11       The KeyBank Building
         88 East Broad Street, Suite 2025
12       Columbus, OH 43215
         Telephone:  (614) 494-0420
13       Facsimile:  (614) 633-1455
         Email:  mathew.parker@ogletree.com
14
15  *Attorneys for Defendant Walmart Inc.*

16

17  Approved as to Form; Presentation Waived:

18  EMERY | REDDY PLLC

19  By: /s/ Patrick B. Reddy
         Timothy W. Emery, WSBA #34078
20       Patrick B. Reddy, WSBA #34092
         Paul Cipriani Jr., WSBA #59991
21       600 Stewart Street, Suite 1100
         Seattle, WA  98101-1269
22       Telephone:  (206) 442-9106
         Facsimile:  (206) 441-9711
23       Email:    emeryt@emeryreddy.com
                   reddyp@emeryreddy.com
24                 paul@emeryreddy.com

25  *Attorneys for Plaintiff Shannon Spencer*

26

ORDER GRANTING JOINT STIPULATED
MOTION TO EXTEND UPCOMING CASE
DEADLINES - 3
Case No. 2:23-cv-01793-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058