# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a foreign profit corporation; and DOES 1–20,<br><br>Defendants. | Case No. 2:23-cv-01793-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY CASE PENDING MEDIATION** |

Plaintiff Shannon Spencer and Defendant Walmart Inc. have filed their Stipulated Motion to Stay Case Pending Mediation.

Upon consideration of the parties' Stipulated Motion to Stay Case Pending Mediation, the Court finds that good cause exists to stay this action until after mediation. Thus, it is hereby ORDERED that this Motion is GRANTED.

It is FURTHER ORDERED that the parties shall file a Joint Status Report by January 17, 2025, apprising the Court of the outcome of mediation, any resolution, and/or the need to continue the stay.

DATED: September 3, 2024.

*Barbara J. Rothstein*

JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO STAY CASE PENDING
MEDIATION - 1
Case No. 2:23-cv-01793-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Adam T. Pankratz*
    Adam T. Pankratz WSBA # 50951
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7057
    Facsimile: (206) 693-7058
    Email: adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Mathew A. Parker*
    Mathew A. Parker, OSBA #0093231
    (appearing *pro hac vice*)
    The KeyBank Building
    88 East Broad Street, Suite 2025
    Columbus, OH 43215
    Telephone: (614) 494-0420
    Facsimile: (614) 633-1455
    Email: mathew.parker@ogletree.com

*Attorneys for Defendant Walmart Inc.*

Approved as to Form; Presentation Waived:

EMERY | REDDY PLLC

By: */s/ Patrick B. Reddy*
    Timothy W. Emery, WSBA #34078
    Patrick B. Reddy, WSBA #34092
    Paul Cipriani Jr., WSBA #59991
    600 Stewart Street, Suite 1100
    Seattle, WA 98101-1269
    Telephone: (206) 442-9106
    Facsimile: (206) 441-9711
    Email: emeryt@emeryreddy.com
           reddyp@emeryreddy.com
           paul@emeryreddy.com

*Attorneys for Plaintiff Shannon Spencer*

ORDER GRANTING STIPULATED MOTION TO STAY CASE PENDING MEDIATION - 2
Case No. 2:23-cv-01793-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058